United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE SUBPOENA DUCES TECUM ADDRESSED TO JOE HALEY, TEXAS ATTORNEY GENERAL'S OFFICE | § § § § § § | **MISCELLANEOUS** CAUSE NO. **B-03-021** |

### OFFICE OF THE TEXAS ATTORNEY GENERAL'S MOTION TO QUASH SUBPOENA DUCES TECUM, AND ALTERNATIVELY FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Office of the Attorney General of Texas, Child Support Division, hereafter "AG," files this Motion to Quash Subpoena Duces Tecum served on its Assistant Attorney General, Joe Haley, and alternatively moves the Court for a Protective Order. A true and correct copy of the subpoena is attached as Exhibit "A" and incorporated by referenced for all purposes.

A. The Attorney General moves the Court to quash the subpoena duces tecum pursuant to Federal Rule of Criminal Procedure 17(c), because it is unreasonable and oppressive for the following reasons:

1. The subpoena duces tecum requires the witness to produce records containing privileged and confidential information pertaining to a litigant in a child support case;

2. All files and records of services provided by the child support division of the Attorney General's office, including information of a non-custodial parent, are confidential pursuant to §231.108 Texas Family Code as promulgated under the mandates of the federal statutes governing state child support agencies, 42 U.S.C. § 653 (b) (1) and (m); 42 U.S.C. § 653 a (h); 42 U.S.C. § 654 (26); 42 U.S.C. § 654 a (d) and 45 C.F.R. 307.13. Information from AG files can only be released for authorized IV-D purposes such as establishing, modifying, collecting or enforcing

child support, or as otherwise specifically authorized by statue, such as credit bureau reporting.

3. The records subpoenaed in this action are a part of the records maintained by the Office of the Attorney General of Texas as the IV-D federally mandated child support agency for the State of Texas, and protected under the foregoing authority.

B. The AG further requests the court to quash the subpoena because it is overly broad by requiring production of "... child support payment records for Rafael Romo, Jr., DOB: 08-21-1964, Texas Driver License Number 11307674...". It would impose an unreasonable burden on the AG to identify all records which might constitute "payment records". This could result in the production of voluminous pages of records.

Based upon the foregoing and the attached affidavit attesting to the same, the AG respectfully requests that the Court quash the subpoena duces tecum served upon Assistant Attorney General, Joe Haley, and for such other and further relief to which it may show itself entitled.

Submitted this 2d of December, 2003.

Respectfully submitted,

Gregg Abbot
Attorney General of Texas

Barry McGee
First Assistant Attorney General

J. L. "JOE" HALEY
Assistant Attorney General
Child Support Division
Texas Bar No. 08740550
Child Support Unit 0301E
3331 North McColl Rd.
McAllen, TX 78502
Telephone No. (956) 682-5581
Fax No. (956) 631-2451

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with DEA Agent, Kevin Whittle, regarding the merits of this motion and that agreement cannot be reached. It is therefore being presented to the Court for determination.

_____
J. L. "Joe" Haley
Assistant Attorney General
State of Texas
Child Support Enforcement Division

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the below listed parties or their representatives pursuant to the Federal Rules of Procedure, by fax and 1st class U.S. mail on the 3d day of December, 2003:

Kevin Whittle
1100 Fm 802
Suite 200
Brownsville, TX 78526
Fax: (956) 504-7052

_____
J. L. "JOE" HALEY
Assistant Attorney General
Child Support Division

**DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

# FAX TRANSMITTAL SHEET

NOTE: If you have any problems with this transmission (incorrect number of pages/poor quality), call the transmitter and request retransmission.

**NUMBER OF PAGES BEING TRANSMITTED (Including this transmittal sheet)** ▶ 2

## TRANSMITTED TO

| FAX FTS NO. | FAX COMMERCIAL NO. |
|---|---|
| | |

NAME: Joe Haley

ORGANIZATION: Office of the Attorney General

BUILDING, ROOM NO., etc.:

TELEPHONE/EXTENSION:

## TRANSMITTED FROM

| FAX FTS NO. | FAX COMMERCIAL NO. |
|---|---|
| | 956-504-7052 |

NAME: S/A Kevin Whittle

ORGANIZATION: DRUG ENFORCEMENT ADMINISTRATION - BROWNSVILLE RESIDENT OFFICE

BUILDING, ROOM NO., etc.: 1100 FM 802, SUITE 200, BROWNSVILLE, TEXAS 78526

TELEPHONE/EXTENSION: 956-504-7000

COMMENTS:

956-504-7049

Please advise if you did not receive complete transmittal.

**EXHIBIT A**

APPROVED BY (If applicable)    NAME:

TRANSMITTED BY (Name):    DATE:    TIME:

DEA Form - 501
(Dec. 1991)

## U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION
# SUBPOENA

**In the matter of the investigation of**

DRUG RELATED LAWS OF THE UNITED STATES OF AMERICA
(M9-02-0043)   (M9-04-056)

**TO:** Office of the Attorney General
3331 N. McCall Road,

**AT:** McAllen, Texas 78501

Attention: Joe Haley

Phone: (956) 682-5581
Fax: (956) 631-2451

## GREETING:

By the service of this subpoena upon you by Special Agent __Kevin Whittle__ who is authorized to serve it, you are hereby commanded and required to appear before __Special Agent Kevin Whittle__, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an official investigation being conducted by the Drug Enforcement Administration for violations of the Controlled Substance Act, it is requested that your office disclose the address(es), telephone number(s), and child support payment records for Rafael Romo Jr., DOB:08-21-1964, Texas driver license number 11307674.

We ask that your office only disclose this request to those individuals necessary to furnish the requested information.

DEA office FAX: (956) 504-7052

Place and time for appearance:

At __1100 FM 802, Suite 200, Brownsville, Texas 78521__
__(956) 504-7000__ on the __5th__ day of __December__, __2003__
at __5:00__ o'clock __P.M.__

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ATTESTED COPY**

Signature: __Charles A. Banks__

Issued This __21__ day of __November__ __2003__   Title: __Acting Resident Agent In Charge__

FORM DEA-79A (5-00) Previous editions are obsolete.   Electronic Version Designed in JetForm 5.2 Version

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE SUBPOENA DUCES TECUM ADDRESSED TO JOE HALEY, TEXAS ATTORNEY GENERAL'S OFFICE | § § § § § | CAUSE NO. B-03-021. |

AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared J. L. "JOE" HALEY, who, on his oath stated:

I am 18 years of age, have never been convicted of a felony, and am competent to make this affidavit.

My name is J. L. "Joe" Haley, I am employed as an Assistant Attorney General for the Child Support Enforcement Division of the Texas Office of the Attorney General, hereafter, "AG," in the agency's Administrative office in McAllen, Texas.

I have reviewed the subpoena duces tecum from DEA Special Agent Kevin Whittle, directed to myself, on behalf of the AG, to produce address, telephone number(s), and child support payment records for Rafael Romo Jr., DOB: 08-21-1964, TDL #11307674. The information contained in the AG's files is privileged and confidential pursuant to state and federal statue and administrative rule and it would be a violation of that authority and my obligation to the Office of the Attorney General for the documents to be produced as ordered. Further, the information regarding payment records is extremely broad. The Attorney General's computer system has a multitude of data bases and financial screens dealing with child support payments for any obligor on the system. It would be extremely burdensome to require the production of all these records.

Affiant says nothing further.

_____
J. L. "Joe" Haley

AFFIDAVIT                                                                                                          Page 1 of 2

BEFORE ME, the undersigned authority, on this date personally appeared J. L. "Joe" Haley, known to me to be the person whose name is subscribed to the foregoing instrument, and being by me duly sworn, on oath stated and deposed that the foregoing is true and correct.

TO WITNESS which, I hereby set my hand and seal of office on the 2nd day of December, 2003.



ANNA LEE RANGEL
Notary Public, State of Texas
My Commission Expires
NOVEMBER 6, 2005

Notary Public in and for
The State of Texas

My commission expires: 11-06-2005