United States District Court
Southern District of Texas
FILED

DEC 03 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE SUBPOENA DUCES TECUM ADDRESSED TO JOE HALEY, TEXAS ATTORNEY GENERAL'S OFFICE | § § § § § |

MISCELLANEOUS
CAUSE NO. B-03-021

## STATEMENT OF AUTHORITIES

On November 21, 2003, the Drug Enforcement Agency (DEA) in case #'s M9-02-0043 and M9-04-056 served a Subpoena Duces Tecum against the Texas Attorney General's office through Assistant Attorney General, J. L. "Joe" Haley, requiring disclosure of the address(es), telephone number (s) and child support payment records for Rafael Romo, Jr., DOB: 08-21-1964, Texas Driver License Number 11307674, on or before 5:00 p.m., December 5, 2003, at 1100 FM 802, #200, Brownsville, TX 78521.

Federal Rule of Criminal Procedure 17(c) (2) provides that a court may quash or modify a subpoena if compliance would be unreasonably oppressive.

Texas Family Code § 231.108 (a) provides that, with the exception of information directly connected with administration of the child support program **all** files and records of services provided by the Title IV-D Agency (the State Attorney General, Child Support Enforcement Division) are confidential, including information concerning the custodial and non-custodial parent, the child, and an alleged or presumed father (emphasis supplied).

Family Code § 231.108 was promulgated by the Texas legislature present to federal mandate regarding the administration of the Child Support Enforcement Program in Title 42 USC § 653 (b) (l) and (m); 42 USC § 653 a (h); 42 USC § 654 (26); 42 USC § 654 a (d) and 45 CFR 307.13.

The computerized records maintained by the Texas Attorney General, as the State IV-D Agency, regarding locate information and payments made by Rafael Romo, Jr., on his child support account, are confidential records of the agency pursuant to FC § 231.108 and the federal authorities cited above.

Respectfully Submitted,

_____
J. L. "Joe" Haley