3

United States District Court
Southern District of Texas
FILED

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

DEC 03 2003

Michael N. Milby
Clerk of Court

**MOTION & ORDER**

**FOR ADMISSION *PRO HAC VICE***

MISCELLANEOUS
B-03-021

| DIVISION | BROWNSVILLE | ACTION NUMBER | TO BE ASSIGNED |
|---|---|---|---|
| | | | |

IN THE MATTER OF THE ADMINISTRATIVE SUBPOENA ADDRESSED TO JOE HALEY, TEXAS ATTORNEY GENERAL'S OFFICE

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court.

| Name | J. L. Haley |
|---|---|
| Firm | Office of the Attorney General |
| Street | 3331 N. McColl Road |
| City, Zip Code | McAllen, TX 78501 |
| Telephone | 956/926-4534 |
| Licensed: State & Number | TX 08740550 |
| Admitted US District Court for: | Northern District of Texas |

Seeks to appear as the attorney for this party:

| Texas Attorney General |
|---|
| Dated: 12/2/03   Signed: [signature] |

**ORDER**

This lawyer is admitted pro hac vice.

Signed on _____, 2003.

United States District Judge