United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE SUBPOENA DUCES TECUM ADDRESSED TO JOE HALEY, TEXAS ATTORNEY GENERAL'S OFFICE | § § § § § | MISCELLANEOUS CAUSE NO. B-03-021 |

## ORDER SETTING HEARING

On this date the application for hearing on the Motion to Quash subpoena Duces Tecum and Alternatively, for Protective Order, was presented to the Court.

The Court sets the above-styled and numbered cause for a hearing before this *UNITED STATES DISTRICT COURT, 600 E HARRISON, BROWNSVILLE, TX 78520* on the 9th day of December, 2003, at 10:30 o'clock a.M., on the relief requested in the above pleading served herewith. **Failure to appear may result in entry of a default order.**

SIGNED this 3rd day of December, 2003.

_____
HONORABLE JUDGE PRESIDING

Notice to:

1.  Joseph L. Haley
    Assistant Attorney General
    3331 N. McColl Road
    McAllen, TX 78501

2.  Kevin Whittle
    100 FM 802, Suite 200
    Brownsville, TX 78521