THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

HEARING ON MOTION TO QUASH SUBPOENA

United States District Court
Southern District of Texas
FILED

DEC 0 9 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-MC-21   DATE & TIME: 12/9/03 @ 10:30 a.m.

COUNSEL:

IN THE MATTER OF THE
ADMINISTRATIVE SUBPOENA
DUCES TECUM ADDRESSED TO
JOE HALEY, TEXAS ATTORNEY
GENERAL'S OFFICE

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Figueroa


Case called on the docket.  Joe Haley, Assistant Attorney General is present and informs the Court that DEA has agreed to withdraw subpoena. Mr. Haley offers letter from DEA as exhibit "A" and is admitted.  This matter is moot.

Court informs Mr. Haley that filing fee is still pending and needs to be taken care of.

Court is adjourned.

# U. S. Department of Justice

Drug Enforcement Administration

---

www.dea.gov                                  Washington, D.C. 20537

**DEC - 8 2003**

**TRANSMITTED VIA FACSIMILE: (956) 631-2451**

J.L. Haley
Assistant Attorney General
Child Support Division
Child Support Unit 0301E
3331 North McColl Road
McAllen, TX 78502

Re:   *In the Matter of the Administrative Subpoena Duces Tecum Addressed To Joe Haley, Texas Attorney General's Office*, Cause No. B-03-021.

Dear Mr. Haley:

   This letter references the above-styled matter. In the interest of justice, we withdraw the administrative subpoena.

   If you require any other information on this issue, please contact Attorney Greg Mitchell, at (202) 307-8030.

                                    Sincerely,

                                    Michael L. Ciminelli /gm
                                    Associate Chief Counsel
                                    Domestic Criminal Law Section

cc:   Special Agent Kevin Whittle
      Brownsville Resident Office

      Nancy Lynn Masso
      Assistant U.S. Attorney
      United States Attorney for the Southern District of Texas
      U.S. Federal Building & Courthouse, #201
      600 E. Harrison
      Brownsville, TX 78520
      Fax: (512) 888-3111



EXHIBIT A
CAB-03-mc-21

TOTAL P.02